**NDIS**
Frederic I. Berkley, Esq.
Nevada Bar No.: 1798
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
fberkley@sklar-law.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
For the
DISTRICT OF NEVADA
Southern Division

| | |
|---|---|
| Marc C. Gordon and Cynthia Callendar Gordon, dba "Sleep Master™," ) | Civil Action No. 2:14-cv-441 |
| ) | |
| Plaintiffs, ) | |
| v. ) | **NOTICE OF DISMISSAL** |
| ) | |
| Ontel Products Corporation, a New Jersey corporation, dba Sleep 8, Sleep 8 Light-Eliminating Sleep Mask, www.buysleep8.com and www.buysleepeight.com; and World Pack USA, LLC, a Nevada limited liability company, dba www.worldpackusa.com; and DOES 1-20, ) ) ) ) ) ) | |
| Defendants. | |

COMES NOW, Plaintiffs Marc C. Gordon and Cynthia Callendar Gordon, dba "Sleep Master™," by and through their attorney, Frederic I. Berkley of the law firm of Sklar Williams PLLC, and no Answer or Motion For Summary Judgment having been filed, Plaintiffs hereby dismiss this action against Defendants Ontel Products Corporation, a New Jersey corporation, dba Sleep 8, Sleep 8 Light-Eliminating Sleep Mask, www.buysleep8.com and

1

www.buysleepeight.com; and World Pack USA, LLC, a Nevada limited liability company, dba www.worldpackusa.com only, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

DATED this __1__ day of ___August___, 2014.

*[signature]*

Frederic I. Berkley, Esq.
Nevada Bar No.: 1798
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone:  (702) 360-6000
Facsimile:  (702) 360-0000
fberkley@sklar-law.com
*Attorney for Plaintiffs*

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of SKLAR WILLIAMS PLLC, and that on the _1_ day of _August_, 2014, I forwarded via United States Mail, first class postage prepaid, at Las Vegas, Nevada, a true and correct copy of the foregoing Notice of Dismissal, address as follows:

World Pack USA, LLC
2880 North Lam Boulevard
Las Vegas, NV 89115
Attn.: Mr. Kenny McCoid as
 Registered Agent

Ontel Products Corporation
13300 Twin Circle Court
Poway, CA 92064
Attn.: Mr. Darius Framrose as
 Registered Agent

An employee of
SKLAR WILLIAMS PLLC

3